**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: CONNIE L. ELLIOTT  
7892 TOWERMONT DRIVE　　　　SSN-xxx-xx-9208  
ROCKFORD, IL  61102

Case Number: 06-70137

Case filed on: 2/7/2006  
Plan Confirmed on: 4/7/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,840.00　　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | CONNIE L. ELLIOTT | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | ASSOCIATED LOAN SERVICES | 27,788.42 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO HOME MORTGAGE | 884.75 | 884.75 | 884.75 | 0.00 |
|  | Total Secured | 28,673.17 | 884.75 | 884.75 | 0.00 |
| 002 | CITIZENS FINANCE | 4,971.63 | 4,971.63 | 885.81 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 23,190.77 | 23,190.77 | 4,131.99 | 0.00 |
| 005 | DR. RICHARD LYNCH, D.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | JAMES LEE ELLIOTT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 28,162.40 | 28,162.40 | 5,017.80 | 0.00 |
|  | Grand Total: | 59,177.32 | 31,388.90 | 8,264.30 | 0.00 |

Total Paid Claimant:　　$8,264.30  
Trustee Allowance:　　　$575.70  　　　Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:　　17.82　　　discharging the trustee and the trustee's surety from any and all  
　　　　　　　　　　　　　　　　　　liablility on account of the within proceedings, and closing the estate,  
　　　　　　　　　　　　　　　　　　and for such other relief as is just.  Pursuant to FRBP, I hereby  
　　　　　　　　　　　　　　　　　　certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009　　　　　　By  /s/Heather M. Fagan